IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LARRY E. EALY, | : |
| Plaintiff(s), | : |
| | : Case Number: 3:09cv100 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| WALTER H. RICE, et. al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Sharon L. Ovington filed on June 3, 2009 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 23, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 18) is **DENIED.** This case remains terminated on the Court's docket.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court